IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEWIS A. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. No. 2:17cv379-RAH |
| v. | ) |
| | ) |
| CLARENCE REID, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On May 12, 2020, the Magistrate Judge entered a Recommendation, (Doc. 42), to grant the Motion for Summary Judgment, (Doc. 17), in favor of the Defendants and dismiss the case. On June 9, 2020, the Magistrate Judge entered a Supplemental Recommendation, (Doc. 45), to dismiss the takings claim. The Plaintiff filed Objections. (Docs. 43, 46.) After an independent review of the file and upon consideration of the Recommendation, Supplemental Recommendation, and Objections, it is ORDERED that:

1. The Objections are OVERRULED. (Docs. 43, 46.)

2. The Recommendation and Supplemental Recommendation of the Magistrate Judge are ADOPTED. (Doc. 42, 45.)

3. The Motion for Summary Judgment (Doc. 17) be and is hereby GRANTED in favor of the Defendants.

4. This case is DISMISSED with prejudice.

5. Costs be taxed against the Plaintiff.

A separate Final Judgment will be entered in accordance with this order.

DONE, this 14th day of August, 2020.

                                             /s/ R. Austin Huffaker, Jr.
                                          R. AUSTIN HUFFAKER, JR.
                                          UNITED STATES DISTRICT JUDGE